B. & S. CONSTRUCTION COMPANY v.
HUMBLE OIL AND REFINING COMPANY.

June 12, 1975. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF
THE BOROUGH OF SADDLE RIVER.

June 12, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT LEE LEDBETTER.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOHNSON.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HAYNES.

June 12, 1975. Petition for certification denied.

ANDREW SALUTO v. JULIUS WILLIAMS.

June 12, 1975. Petition for certification denied.